IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **WARNER BROTHERS RECORDS, INC., et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| V. ) | Civil No. **06-888-WDS** |
| ) | |
| **JESSICA EVANS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Attorney Alan S. Dalinka is before the Court seeking leave to withdraw as counsel of record for all plaintiffs. **(Doc. 12).** A review of the record reveals that the plaintiff corporations are all represented by additional counsel.

**IT IS THEREFORE ORDERED** that the subject motion **(Doc. 12)** is **GRANTED**. The Clerk of Court shall have the record reflect that Alan S. Dalinka is terminated as counsel of record for all plaintiffs in this action.

**IT IS SO ORDERED.**

**DATED: April 11, 2007**

                                                                                     s/ **Clifford J. Proud**
                                                                                     **CLIFFORD J. PROUD**
                                                                                     **U. S. MAGISTRATE JUDGE**

1