IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
EAST ST.LOUIS DIVISION

|  |  |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>JESSICA EVANS,<br><br>　　　　　Defendant. | Case No.: 06 C 00888<br><br>Judge William D. Stiehl<br><br>Magistrate Judge Clifford J. Proud |

**ORDER FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION**

THIS MATTER COMING TO BE HEARD on Plaintiffs' Motion for Default Judgment and Permanent Injunction, filed April 27, 2007 (the "Motion"), due and proper notice having been given, this Court being fully advised in the premises, and good cause appearing therefore,

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Plaintiffs seek the minimum statutory damages of $750 per infringed work, as authorized under the Copyright Act (17 U.S.C. § 504(c)(1)), for each of the ten sound recordings listed in Exhibit A to the Complaint.

2. Accordingly, having been adjudged to be in default, Defendant shall pay damages to Plaintiffs for infringement of Plaintiffs' copyrights in the sound recordings listed in Exhibit A

to the Complaint, in the total principal sum of Seven Thousand Five Hundred Dollars ($7,500.00).

3. Defendant shall further pay Plaintiffs' costs of suit herein in the amount of Four Hundred Twenty Dollars ($420.00).

4. Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the following copyrighted sound recordings:

- "Kiss From A Rose," on album "Seal," by artist "Seal" (SR# 194-147);
- "Can't Help Falling In Love," on album "Promises And Lies," by artist "UB40" (SR# 186-039);
- "I Do (Cherish You)," on album "98 Degrees & Rising," by artist "98 Degrees" (SR# 237-315);
- "With or Without You," on album "The Joshua Tree," by artist "U2" (SR# 78-949);
- "Because You Loved Me," on album "Falling Into You," by artist "Celine Dion" (SR# 224-159);
- "Sexual Healing," on album "Midnight Love," by artist "Marvin Gaye" (SR# 41-568);
- "I Knew I Loved You," on album "Affirmation," by artist "Savage Garden" (SR# 276-120);
- "Un-Break My Heart," on album "Secrets," by artist "Toni Braxton" (SR# 233-892);
- "The Love I Found In You," on album "My Romance: An Evening With Jim Brickman," by artist "Jim Brickman" (SR# 214-659);
- "Turn Me On," on album "Come Away With Me," by artist "Norah Jones" (SR# 320-120);

5. Defendant shall also be and hereby is enjoined from directly or indirectly infringing any other sound recording, whether now in existence or later created, that is owned or

controlled by the Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (i.e., download) any of Plaintiffs' Recordings, to distribute (i.e., upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs.

6. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control.

DATED: June 11, 2007

s/*WILLIAM D. STIEHL*
United States District Judge